**JOSEPH W. CHARLES, P.C.**
**5704 West Palmaire Avenue**
**P.O. Box 1737**
**Glendale, Arizona 85311-1737**
**Tel: (623) 939-6546**
**Fax: (623) 939-6718**
**Email: LawOffice@joecharles.com**

Joseph W. Charles
State Bar #003038
Attorneys for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| **DEBRA LASETER**, | Case No. 2:10-bk-05903-SSC |
| Debtor. | **MOTION TO REINSTATE CHAPTER 11 BANKRUPTCY PROCEEDING** |

**COMES NOW** Debtor, DEBRA LASETER, by and through her attorneys undersigned, and hereby requests the Court to reinstate the above-captioned Chapter 11 Bankruptcy proceeding that was dismissed on March 17, 2010.

The basis for the dismissal was that the Debtor failed to file the mailing list in a timely manner.

The mailing list and all schedules and statements have now been filed with the Court.

Based on these circumstances, Debtor asks that the Court reinstate her Chapter 11 Bankruptcy proceeding.

- 1 -

RESPECTFULLY SUBMITTED this 19th day of March, 2010.

                                                  **JOSEPH W. CHARLES, P.C.**

                                      By:   /s/ Joseph W. Charles
                                                    JOSEPH W. CHARLES
                                                    5704 West Palmaire Avenue
                                                    Post Office Box 1737
                                                    Glendale, Arizona  85311
                                                    Attorneys for Debtor

An ORIGINAL of the foregoing was
Electronically filed with the Clerk of the Court
And a COPY was mailed this
19th day of March, 2010, to:

United States Trustee
District of Arizona
230 North First Avenue, Suite 204
Phoenix, AZ  85003-1706


   /s/ S. Borek