**JOSEPH W. CHARLES, P.C.**
**5704 West Palmaire Avenue**
**P.O. Box 1737**
**Glendale, Arizona 85311-1737**
**Tel: (623) 939-6546**
**Fax: (623) 939-6718**
**Email: LawOffice@joecharles.com**

Joseph W. Charles
State Bar #003038
Attorneys for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| **DEBRA LASETER**, | Case No. 2:10-bk-05903-SSC |
| Debtor. | **NOTICE OF LODGING** |

**NOTICE IS HEREBY GIVEN** that JOSEPH W. CHARLES, P.C., attorneys for the Debtor, DEBRA LASETER, has on this date, lodged with the Honorable Sarah Sharer Curley, the proposed Order reinstating the above-captioned case.

RESPECTFULLY SUBMITTED this 19th day of March, 2010.

                                                  **JOSEPH W. CHARLES, P.C.**

                                      BY:    /s/ Joseph W. Charles
                                                    Joseph W. Charles
                                                      5704 W. Palmaire Avenue
                                                      P.O. Box 1737
                                                      Glendale, Arizona  85311-1737
                                                      Attorneys for Debtor

An ORIGINAL of the foregoing was
Electronically filed with the Clerk of the Court
And a COPY was mailed this
19th day of March, 2010, to:

United States Trustee
District of Arizona
230 North First Avenue, Suite 204
Phoenix, AZ  85003-1706


 /s/ S. Borek